# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00098-GCM

| | |
|---|---|
| THOMAS M. CARUTHERS JR., | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| VITEX, INC., | ) |
| Defendants. | ) |

The Court has reviewed Plaintiff Thomas M. Caruthers, Jr.'s ("Caruthers") Motion to File Under Seal his Memorandum of Law in Support of his Motion for Partial Summary Judgment and accompanying exhibits ("Motion to Seal").

For the reasons stated in the Motion to Seal, and pursuant to Local Rule of Civil Procedure 6.1 and the Protective Order in the above-captioned case, the Court **GRANTS** Plaintiff's Motion to Seal and seals Plaintiff's underlying Memorandum of Law in Support of his Motion for Partial Summary Judgment and accompanying exhibits.

**SO ORDERED**.

Signed: February 4, 2019

Graham C. Mullen
United States District Judge