# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00098-GCM

| | |
|---|---|
| THOMAS M. CARUTHERS JR., | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| VITEX, INC., | ) |
| Defendants. | ) |

**THIS MATTER COMES** before this Court on the Court's own Motion. The trial for this matter is currently set for May 13, 2019. Due to the pending Motions for Summary Judgment (Doc. Nos. 15, 17), the Court will continue the trial in this matter. The trial date will be re-set by later Notice of this Court.

**SO ORDERED**.

Signed: April 9, 2019

Graham C. Mullen
United States District Judge