# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00098-KDB-DSC

| | |
|---|---|
| THOMAS M. CARUTHERS JR., <br><br> **Plaintiff,** <br><br> v. <br><br><br><br> **VITEX, INC.,** <br><br> **Defendant.** | **NOTICE OF LIFTING OF STAY OF EXECUTION OF JUDGMENT** |

On January 9, 2020, this Court granted Defendant Vitex, Inc.'s ("Vitex") motion to stay the enforcement of judgment. (Doc. No. 39). The Court ordered Vitex to deposit $179,857.60 with the Clerk of Court as cash security staying execution of the judgment pending resolution of Vitex's appeal. The Court further ordered Vitex to post additional security with the Clerk of Court in the amount of $6,923.11 to cover district court costs and post-judgment interest within fourteen (14) days of the issuance of the order. The order stated that if Vitex failed to post the additional security within fourteen days of the issuance of the order, the stay would lift and the Plaintiff would be able to proceed with executing the judgment.

Vitex has failed to deposit money in accordance with the Court's January 9, 2020 order. Therefore, the stay of execution on the judgment is hereby lifted and Plaintiff may proceed with executing on the judgment.

Signed: January 28, 2020

Kenneth D. Bell
United States District Judge